380

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON



Eastern District of Kentucky
FILED
MAR 23 2023
AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

CRIMINAL CASE NO. 21-2-DLB-CJS

UNITED STATES OF AMERICA                              PLAINTIFF

v.                    **VERDICT FORM**

WILLIAM LAWRENCE GREGORY SIEFERT and
TIMOTHY EHN                                           DEFENDANTS

(1) As to the charge contained in **Count One** of the Superseding Indictment, Conspiracy to Distribute a Controlled Substance (21 U.S.C § 846), we the jury find the defendant **William Lawrence Gregory Siefert**:

     __X__ NOT GUILTY          _____ GUILTY

(2) As to the charge contained in **Count One** of the Superseding Indictment, Conspiracy to Distribute a Controlled Substance (21 U.S.C § 846), we the jury find the defendant **Timothy Ehn**:

     __X__ NOT GUILTY          _____ GUILTY

Verdict Form
*United States v. Siefert & Ehn*, No. 2:21-cr-2

(3)   *Please mark your verdicts on these counts using the chart below.*

As to the charges contained in Counts Two through Six and Nine through Twelve of the Superseding Indictment, Distribution of a Controlled Substance (21 U.S.C. § 841), we the jury find the defendant **William Lawrence Gregory Siefert**:

| Count | Approximate Prescription Date | Patient | Drug | NOT GUILTY | GUILTY |
|---|---|---|---|---|---|
| 2 | February 25, 2016 | G.B. | Clonazepam | X | |
| 3 | February 25, 2016 | G.B. | Oxycodone Hydrochloride | X | |
| 4 | February 25, 2016 | G.B. | Oxycodone Hydrochloride | X | |
| 5 | January 12, 2017 | M.T. | Oxycodone Hydrochloride | X | |
| 6 | February 9, 2017 | M.T. | Oxycodone Hydrochloride | X | |
| 9 | January 19, 2017 | M.C. | Oxycodone Hydrochloride | X | |
| 10 | February 16, 2017 | M.C. | Oxycodone Hydrochloride | X | |
| 11 | March 27, 2017 | B.W. | Hydrocodone/ Acetaminophen | X | |
| 12 | May 2, 2017 | B.W. | Hydrocodone/ Acetaminophen | X | |

2

Verdict Form
*United States v. Siefert & Ehn*, No. 2:21-cr-2

(4) As to the charge contained in Count **Thirteen** of the Superseding Indictment, Conspiracy to Commit Health Care Fraud (18 U.S.C. § 1349), we the jury find the defendant **William Lawrence Gregory Siefert**:

__X__ NOT GUILTY    _____ GUILTY

(5) As to the charge contained in Count **Thirteen** of the Superseding Indictment, Conspiracy to Commit Health Care Fraud (18 U.S.C. § 1349), we the jury find the defendant **Timothy Ehn**:

_____ NOT GUILTY    __X__ GUILTY

(6) As to the charge contained in Count **Fourteen** of the Superseding Indictment, Health Care Fraud (18 U.S.C. § 1347), we the jury find the defendant **William Lawrence Gregory Siefert**:

_____ NOT GUILTY    __X__ GUILTY

(7) As to the charge contained in Count **Fifteen** of the Superseding Indictment, Health Care Fraud (18 U.S.C. § 1347), we the jury find the defendant **Timothy Ehn:**

_____ NOT GUILTY    __X__ GUILTY

3-23-2023
DATE

380
FOREPERSON #

3